IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LIANGDONG CHEN                                                          PLAINTIFF

v.                                      Case No. 6:22-cv-6015

AMERICAN EXPRESS COMPANY                                        DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 42. The parties request that all claims in this matter be dismissed with prejudice, with each side bearing their own costs and fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims were effectively dismissed when the parties filed the instant stipulation.[1] However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITH PREJUDICE**, with each side earing its own costs and fees. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 31st day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The parties state that they have stipulated to dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). However, the instant stipulation has been signed by all remaining parties. Accordingly, the Court finds that Rule 41(a)(1)(A)(ii) is applicable to the instant stipulation.